UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NORMAN PETE**                                           **CIVIL ACTION**

**VERSUS**                                                **NUMBER: 24-1614**

**PRISON GUARD PREVOSE**                                  **SECTION: "I"(5)**

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation,[1] and the failure of either party to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that defendant's motion to dismiss[2] is **GRANTED** pursuant to Federal Rule of Civil Procedure 12(b)(1) and plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

New Orleans, Louisiana, this 8th day of April, 2025.

 **LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No. 18
[2] Rec. Doc. No. 16